Argued and submitted December 9, 1983, reversed and remanded February 15, 1984

In the Matter of the Compensation of
Jack Steimer, Claimant.

STEIMER,
*Petitioner,*

*v.*

BOISE CASCADE CORPORATION,
*Respondent.*

(81-08623; CA A28143)

675 P2d 517

---

Christopher D. Moore, Eugene, argued the cause for petitioner. With him on the brief was Malagon and Associates, Eugene.

Paul J. DeMuniz, Salem, argued the cause for respondent. With him on the brief was Garrett, Seideman, Hemann, Robertson & De Muniz, P.C., Salem.

Before Richardson, Presiding Judge, and Warden and Newman, Judges.

PER CURIAM

**PER CURIAM**

Reversed and remanded to the Board to determine under ORS 656.295(5) whether the case should be remanded to the referee, because it has been "improperly, incompletely or otherwise insufficiently developed or heard by the referee." *Bailey v. SAIF,* 296 Or 41, 672 P2d 333 (1983).